# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

**DYLON GREG HENRY,**  :

    **Plaintiff**  :  **CIVIL ACTION NO. 3:15-0948**

    **v.**  :  **(JUDGE MANNION)**

**WARDEN,**  :

    **Respondent**  :

## O R D E R

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

**(1)** the report of Judge Schwab, **(Doc. 14)**, is **ADOPTED**;

**(2)** the petition for writ of habeas corpus, **(Doc. 1)**, is **DISMISSED WITHOUT PREJUDICE**; and

**(3)** the Clerk of Court is **DIRECTED TO CLOSE THIS CASE**.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date:  December 8, 2015**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2015 MEMORANDA\15-0948-01-ORDER.wpd